IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:11cv265-MHT |
| | ) | (WO) |
| JP MORGAN CHASE, a foreign corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 17) is granted and that defendant JP Morgan Chase and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses. The court assumes that defendant JP Morgan Chase has no objection to the allowance of the dismissal; however, if it does, it must file the objection within seven days from the date of this order.

This case still remains pending as to other defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of May, 2011.

                               /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE